JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALLEN RODRIGUEZ, et al., | ) Case No. 2:25-cv-04846-RGK-AJR |
|---|---|
| Plaintiff(s), | ) |
| vs. | ) **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |
| LEAD SENSEI, LLC, | ) |
| Defendant(s). | ) |

On October 2, 2025, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [10] ("OSC"), which ordered plaintiff to file timely proof of service of the summons and complaint on all defendants. On October 6, 2025, plaintiff filed a response[12] to the OSC. The Court finds no good cause for the delay in service and orders the case dismissed without prejudice for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 10/10/2025

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE